# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

SHIRLEY J. KEAHEY,

                Petitioner

        v.

EDWARD NELSON, MARY LOU NELSON
AND ERIC S. WARD, LINDA N. WARD,

                Respondents

: No. 276 MAL 2016
:
:
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 4th day of October, 2016, the Petition for Allowance of Appeal is **DENIED**.

    Justice Mundy did not participate in the consideration or decision of this matter.